**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, § § § Plaintiff, § § v. § § CARDTRONICS, INC., *et al.*, § § Defendants. § § | Civ. No. 12-1268-SLR |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC ("TI") against Defendants Cardtronics, Inc. and ATM National, Inc. ("Cardtronics") in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

1

Dated:  February 5, 2014.                                   Respectfully submitted,

| | |
|---|---|
| /s/ Timothy Devlin | /s/ Jonathan Choa |
| Timothy Devlin #4241 | Philip A. Rovner #3215 |
|        tdevlin@farneydaniels.com | Email: provner@potteranderson.com |
| FARNEY DANIELS PC | Jonathan A. Choa #5319 |
| 1220 Market Street, Suite 850 | Email: jchoa@potteranderson.com |
| Wilmington, DE 19801 | POTTER ANDERSON & CORROON, LLP |
| Telephone:  (302) 300-4626 | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| Stamatios Stamoulis #4606 | Wilmington, DE  19899-0951 |
|        stamoulis@swdelaw.com | |
| Richard C. Weinblatt #5080 | Chris P. Perque (*Pro Hac Vice*) |
|        weinblatt@swdelaw.com | Email: Cperque@gardere.Com |
| STAMOULIS & WEINBLATT LLC | T. Michael Wall (*Pro Hac Vice*) |
| Two Fox Point Centre | Email: Mwall@gardere.Com |
| 6 Denny Road, Suite 307 | GARDERE WYNNE SEWELL LLP |
| Wilmington, DE 19809 | 1000 Louisiana Street, Suite 3400 |
| Telephone:  (302) 999-1540 | Houston, Texas  77002 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Cardtronics, Inc. and ATM* |
| *Telecomm Innovations LLC* | *National, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin #4241